THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Joshua
 Pilgrim,        Appellant.
 
 
 

Appeal From Pickens County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-476
Submitted August 1, 2005  Filed August 8, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Salley W. Elliott, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Joshua
Pilgrim appeals his guilty plea to two counts of first-degree burglary, one
count of grand larceny, and two counts of petit larceny.  Pilgrim argues
the trial judge erred in accepting his plea because the court failed to comply
with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
(1969).  After a thorough review of the record and counsels brief
pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Pilgrims appeal
and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HUFF and WILLIAMS, JJ., and
CURETON, A.J. concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.